UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| MELISSA GERBER, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   No. 11-1053-KHV-GLR |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) ) ) ) |
|     Defendant. | ) |

## PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, MELISSA GERBER (Plaintiff), through her attorneys, KROHN & MOSS, LTD., alleges the following against Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC (Defendant):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. 1692, *et seq.* (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

### JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant conducts business in the state of Kansas, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

6. Plaintiff is a natural person residing in Towanda, Butler County, Kansas.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

9. Defendant is a collection agency with a business office in Norfolk, Virginia.

## FACTUAL ALLEGATIONS

10. Defendant is attempting to collect a debt from Plaintiff on behalf of the original creditor, Chase Bank.

11. Plaintiff's debt owed to Chase Bank arises from transactions for personal, family, and household purposes.

12. Within the last year, Defendant placed constant and continuous collection calls to Plaintiff in an attempt to collect a debt.

13. For example, within the last year, Defendant would call multiple times a day in an attempt to collect a debt.

14. Defendant called from 847-994-2550 and 847-994-2557.

15. Defendant called Plaintiff on Plaintiff's home telephone at 316-536-xxxx.

16. Within the last year, Plaintiff spoke with Defendant on the telephone and Defendant told Plaintiff, "this is the litigation department at PRA."

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

17. Defendant violated the FDCPA based on the following:

   a. Defendant violated §1692d of the FDCPA by engaging in conduct that the natural consequences of which was to harass, oppress, and abuse Plaintiff in connection with the collection of an alleged debt.

   b. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

   c. Defendant violated §1692e of the FDCPA by using false, deceptive, and misleading representations in connection with the collection of any debt.

   d. Defendant violated *§1692e(5)* of the FDCPA by threatening to take legal action against Plaintiff even though Defendant has not and does not intend to take such action.

   e. Defendant violated §1692e(10) of the FDCPA using false and deceptive means in an attempt to collect a debt.

WHEREFORE, Plaintiff, MELISSA GERBER, respectfully requests judgment be entered against Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, for the following:

18. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k.

19. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k.

20. Any other relief that this Honorable Court deems appropriate.

Plaintiff designates Wichita as place for trial.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, MELISSA GERBER, hereby demands trial by jury in this action.

                                                                  RESPECTFULLY SUBMITTED,

Dated: February 28, 2011                    KROHN & MOSS, LTD.

                                      BY:/s/  Adam C. Maxwell_____
                                          Adam C. Maxwell (SBN: 24706)
                                          KROHN & MOSS, LTD.
                                          120 W. Madison St. - 10th Floor
                                          Chicago, IL  60602
                                          Tel:  (312) 578-9428 ext 281
                                          Fax: (866) 309-9458
                                          amaxwell@consumerlawcenter.com

### VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF KANSAS

Plaintiff, MELISSA GERBER, says as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated reductions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, MELISSA GERBER, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Date: 2-25-11              _____
                            MELISSA GERBER

5