## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| MELISSA GERBER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No.: **6:11-cv-01053-KHV -GLR** |
| | ) |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

MELISSA GERBER (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to

FRCP 41(a)(1)(A) (Dismissal of Actions-Voluntary Dismissal By Plaintiff Without Court Order)

voluntarily dismisses, with prejudice, PORTFOLIO RECOVERY ASSOCIATES, LLC,

(Defendant), in this case.

                                  RESPECTFULLY SUBMITTED,

Dated: May 24, 2011               By:/s/  Adam C. Maxwell
                                              Adam C. Maxwell (SBN: 24706)
                                              KROHN & MOSS, LTD.
                                              120 W. Madison St. - 10th Floor
                                              Chicago, IL  60602
                                              Tel:  (312) 578-9428 ext 281
                                              Fax: (866) 309-9458
                                              amaxwell@consumerlawcenter.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was mailed and emailed to Steve Zahn, Esq., Attorney for Defendant at the address listed below via the USPS.

    Steve Zahn
    szahn@portfoliorecovery.com
    Portfolio Recovery Associates LLC
    140 Corporate Blvd.
    Norfolk, VA 23502

                                       By:/s/  Adam C. Maxwell__
                                           Adam C. Maxwel